IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------------------x
                                                                           )
In re:                                                                     )     Chapter 11
                                                                           )
TELOGY, INC.                                                               )     Case No. 05-49371
                                                                           )
                                                                           )
         Debtor.                                                           )
---------------------------------------------------------------------------x

NOTICE OF TRANSFER
PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:            **National City Bank** ("Transferor")
                    Specialized Banking Group
                    One South Broad Street, 14th Floor
                    Philadelphia, PA 19107

2.      Please take notice of the transfer of 100% of your claim $653,202.00 principal amount, against TELOGY, INC., above, as evidenced by the Proof of Claim No. 66 (attached in <u>Exhibit A</u> hereto) has been transferred to:

                    **DK Acquisition Partners, L.P.** ("Transferee")
                    c/o MH Davidson & Co.
                    885 Third Avenue, Suite 3300
                    New York, New York 10022
                    Attention:      Michael J. Leffell
                    Telephone:      (212) 446-4090
                    Fax:            (212) 371-4318

         The Evidence of Transfer of Claim is attached as <u>Exhibit B</u> hereto. The Transferee's payment and delivery instructions are attached as <u>Exhibit C</u> hereto.

3.      No action is required <u>if you do not object</u> to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--       **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

NY343314.1/445-00402

United States Bankruptcy Court
Northern District of California
Attn: Clerk of Court
1300 Clay Street
Oakland, CA 94612

-- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

-- Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                                                                    CLERK

------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent \_\_\_ Transferee \_\_\_ Debtor's Attorney \_\_\_

                                                                         Deputy Clerk

NY343314.1/445-00402

# EXHIBIT A

# [PROOF OF CLAIM]

NY343314.1/445-00402

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT __Northern__ DISTRICT OF __California__ | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Telogy, Inc.    Case Number: 05-49371-J | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>National City Bank<br>Name and address where notices should be sent:<br>National City Center<br>P.O. Box 5756<br>Cleveland, OH 44101-0756<br>Telephone number: 218-222-2000 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **FILED**<br><br>FEB 0 3 2006<br><br>By Omni Management Group, Claims Agent for U.S. Bankruptcy Court Northern District of California Oakland Division<br><br>THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated:_____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other __ISDA Master Agreement__

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
     (date)      (date)

**2. Date debt was incurred:** 10-14-2003

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff). __Lien against all property of the Debtor__
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☒ Other_____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $_____ _653,202_ _____ $653,202
   (unsecured)  (secured)  (priority)  (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. See Attachment

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| 1/31/06 | _[signature]_    **Ulana L. Bereza**<br>**Assistant Vice President** | |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# EXHIBIT B

## [EVIDENCE OF TRANSFER OF CLAIM]

NY343314.1/445-00402

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, NATIONAL CITY BANK ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to DK ACQUISITION PARTNERS, L.P., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $653,202.00 identified by Proof of Claim No. 66 (the "Claim"), against Telogy, Inc. (the "Debtor"), the debtor-in-possession in Case No. 05-49371 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (Oakland Division) (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on March 8, 2006.

| ASSIGNOR | ASSIGNEE |
|---|---|
| **NATIONAL CITY BANK** | **DK ACQUISITION PARTNERS, L.P.**<br>By M.H. Davidson & Co., its General Partner |
| By:_____<br>Name:<br>Title: | By:_____<br>Name:<br>Title: |

                                          **MICHAEL J. LEFFELL**
                                          **GENERAL PARTNER**

## EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, NATIONAL CITY BANK ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to DK ACQUISITION PARTNERS, L.P., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $653,202.00 identified by Proof of Claim No. 66 (the "Claim"), against Telogy, Inc. (the "Debtor"), the debtor-in-possession in Case No. 05-49371 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (Oakland Division) (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on March 8, 2006.

| ASSIGNOR | ASSIGNEE |
|---|---|
| **NATIONAL CITY BANK** | **DK ACQUISITION PARTNERS, L.P.** |
| | By M.H. Davidson & Co., its General Partner |
| By: _(signature)_ | By: _____ |
| Name: Michael J. Labrum | Name: |
| Title: Senior Vice President | Title: |

NY340054.3/445-00402

Case: 05-49371   Doc# 233   Filed: 03/10/06   Entered: 03/10/06 15:03:02   Page 7 of 8

# EXHIBIT C

## [NOTICE AND PAYMENT INSTRUCTIONS]

**Transferee**

Address for Notices:

DK Acquisition Partners, L.P.
c/o MH Davidson & Co.
885 Third Avenue, Suite 3300
New York, New York 10022
Attention:     Michael J. Leffell
Telephone:    (212) 446-4090
Fax:          (212) 371-4318

Wire Instructions:

Bank:        Citibank
ABA No.:     021-0000-89
F/C:         Bear Stearns
Acct. No.:   09253186
F/B/O:       DK Acquisition Partners, L.P.
Acct. No.:   102-28500-26

NY343314.1/445-00402